

In The
Court of Appeals
Seventh District of Texas at Amarillo

No. 07-25-00144-CV

IN THE INTEREST OF G.A., A CHILD

On Appeal from the 367th District Court
Denton County, Texas[1]
Trial Court No. 17-1564-362, Honorable Brent Hill, Presiding

August 28, 2025

MEMORANDUM OPINION

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Michael Anderson, appeals from an order of contempt issued by the trial court. Appellant has also filed a petition for mandamus in No. 07-25-00221-CV, wherein he asserts the same issues. Because we lack jurisdiction over direct appeals from contempt orders, we dismiss.

We lack jurisdiction to review contempt orders by direct appeal. Such orders may only be reviewed by petition for writ of habeas corpus or writ of mandamus. *In re Janson*,

---

[1] This cause was originally filed in the Second Court of Appeals and was transferred to this Court by a docket-equalization order of the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001. In the event of any conflict, we apply the transferor court's case law. TEX. R. APP. P. 41.3.

614 S.W.3d 724, 727 (Tex. 2020) (orig. proceeding) ("Because contempt orders are not appealable, they are reviewable only by writ of mandamus or habeas corpus").

We dismiss this appeal for want of jurisdiction.


Lawrence M. Doss
Justice